■ In the Matter of STEPHEN FOREMAN, Petitioner, v BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.—Proceeding pursuant to CPLR article 78 (instituted in this court pursuant to the Education Law, § 6510, subd 4) to review a determination of the Commissioner of Education, which suspended for three months petitioner's license to practice podiatry and imposed a fine of $1,000. Determination confirmed, and petition dismissed, without costs. (See *Tartack v New York State Dept. of Educ.,* 75 AD2d 953.) Greenblott, J. P., Sweeney, Kane, Staley, Jr., and Casey, JJ., concur.